# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: PERRY, JESSE BRYAN, SR.　　　　　　　　§　Case No. 14-81076
　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　　§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　Clerk of The U S Bankruptcy Court
　　　327 S Church Street, Room 1100
　　　Rockford IL 61101

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 12/03/2014 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  11/10/2014            By:  /s/BERNARD J. NATALE
                                        Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PERRY, JESSE BRYAN, SR. § Case No. 14-81076
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,000.00 |
| *and approved disbursements of* | $ 36.26 |
| *leaving a balance on hand of* [1] | $ 8,963.74 |
| **Balance on hand:** | $ 8,963.74 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,963.74 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,650.00 | 0.00 | 1,650.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,305.00 | 0.00 | 1,305.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 21.84 | 0.00 | 21.84 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,976.84 |
| Remaining balance: | $ 5,986.90 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,986.90

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,986.90

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,066.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 98.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 1,938.43 | 0.00 | 1,913.07 |
| 2 | Rockford Health Physicians | 251.00 | 0.00 | 247.72 |
| 3 | American InfoSource LP agent fot | 501.36 | 0.00 | 494.80 |
| 4 | Cerastes LLC | 3,375.48 | 0.00 | 3,331.31 |

Total to be paid for timely general unsecured claims: $ 5,986.90
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-81076-TML
Jesse Bryan Perry, Sr.                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 1          Date Rcvd: Nov 11, 2014
                              Form ID: pdf006          Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2014.
db             +Jesse Bryan Perry, Sr.,    2930 Kinsey St,   Rockford, IL 61109-1239
21746651       +CAP1/Mnrds,    Attn: Bankruptcy Dept.,    Po Box 5253,   Carol Stream,IL 60197-5253
21746654       +Dressler, Peters LLC,    2014AR68,    111 W Washington St #1900,   Chicago,IL 60602-2713
21746646       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,   Atlanta,GA 30374-0241
21746647       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,   Allen,TX 75013-2002
21746655       +Freeport Hospital Services,    Bankruptcy Dept.,    PO Box 857,   Freeport,IL 61032-0857
21746656        National City Bank,    Bankruptcy Dept.,    PO Box 2349,   Kalamazoo,MI 49003-2349
21746645       +PNC Mortgage,    Attn: Bankruptcy Dept.,    6 N Main St,   Dayton,OH 45402-1908
21746652        PNC National Bank,    Bankruptcy Dept.,    PO Box 15019,   Wilmington,DE 19850-5019
22009402       +Rockford Health Physicians,    2300 N Rockton Ave,   Rockton, IL 61103-3619
21956245       +Rockford Health Physicians,    Bankruptcy Dept.,    2300 North Rockton Avenue,
                 Rockford IL 61103-3619
21746649       +TD BANK USA/Targetcred,    Attn: Bankruptcy Dept.,    Po Box 673,   Minneapolis,MN 55440-0673
21746648       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,   Chester,PA 19016-1000
21746653       +Winnebago County Courthouse,    2014AR68,    400 W. State St.,   Rockford,IL 61101-1221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22068711        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 11 2014 21:10:35
                 American InfoSource LP as agent for,    TD Bank, USA,   PO Box 248866,
                 Oklahoma City, OK  73124-8866
22161333       +E-mail/Text: bncmail@w-legal.com Nov 11 2014 21:05:26     CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
21979561        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2014 21:10:35     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
21746650       +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2014 21:10:35     Discover FIN SVCS LLC,
                 Attn: Bankruptcy Dept.,    Po Box 15316,   Wilmington,DE 19850-5316
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2014 at the address(es) listed below:
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Charles F Kinzer    on behalf of Debtor Jesse Bryan Perry, Sr. ndil@geracilaw.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Michael K Blissenbach    on behalf of Debtor Jesse Bryan Perry, Sr. ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 6
```