**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PERRY, JESSE BRYAN, SR.           § Case No. 14-81076-LMT
                                          §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

  BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $73,963.00          Assets Exempt: $21,601.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,986.90     Claims Discharged
                                                Without Payment: $21,705.37

Total Expenses of Administration: $3,013.10

---

  3) Total gross receipts of $ 9,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,013.10 | 3,013.10 | 3,013.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 26,015.00 | 6,066.27 | 6,066.27 | 5,986.90 |
| **TOTAL DISBURSEMENTS** | $26,015.00 | $9,079.37 | $9,079.37 | $9,000.00 |

    4) This case was originally filed under Chapter 7 on April 02, 2014. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/19/2015    By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2000 Harley Davidson Electraglide | 1129-000 | 3,937.00 |
| 1977 Harley Davidson Chopper | 1129-000 | 5,063.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 21.84 | 21.84 | 21.84 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,305.00 | 1,305.00 | 1,305.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,650.00 | 1,650.00 | 1,650.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 12.49 | 12.49 | 12.49 |
| Rabobank, N.A. | 2600-000 | N/A | 13.77 | 13.77 | 13.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,013.10 | $3,013.10 | $3,013.10 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 2,078.00 | 1,938.43 | 1,938.43 | 1,913.07 |
| 2 | Rockford Health Physicians | 7100-000 | 1,911.00 | 251.00 | 251.00 | 247.72 |
| 3 | American InfoSource LP agent fot | 7100-000 | 400.00 | 501.36 | 501.36 | 494.80 |
| 4 | Cerastes LLC | 7100-000 | N/A | 3,375.48 | 3,375.48 | 3,331.31 |
| NOTFILED | 6 National City Bank Bankruptcy Dept. | 7100-000 | 7,500.00 | N/A | N/A | 0.00 |
| NOTFILED | 9 Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 7 PNC National Bank Bankruptcy Dept. | 7100-000 | 10,541.00 | N/A | N/A | 0.00 |
| NOTFILED | 5 Freeport Hospital Services Bankruptcy Dept. | 7100-000 | 438.00 | N/A | N/A | 0.00 |
| NOTFILED | 1 CAP1/Mn rds | 7100-000 | 3,147.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $26,015.00 | $6,066.27 | $6,066.27 | $5,986.90 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-81076-LMT  
**Case Name:** PERRY, JESSE BRYAN, SR.

**Trustee:** (330370)  BERNARD J. NATALE  
**Filed (f) or Converted (c):** 04/02/14 (f)  
**§341(a) Meeting Date:** 05/15/14

**Period Ending:** 01/19/15

**Claims Bar Date:** 08/22/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   2930 Kinsey St Rockford | 68,000.00 | 0.00 | | 0.00 | FA |
| 2   Savings Acct w/Blackhawk Bank | 300.00 | 0.00 | | 0.00 | FA |
| 3   Checking Acct w/Blackhawk Bank | 500.00 | 0.00 | | 0.00 | FA |
| 4   Household Goods & Furnishings | 1,800.00 | 0.00 | | 0.00 | FA |
| 5   Books, CD's, DVD's, Tapes/Records, Etc | 100.00 | 0.00 | | 0.00 | FA |
| 6   Necessary wearing apparel | 50.00 | 0.00 | | 0.00 | FA |
| 7   Watch, wedding band | 100.00 | 0.00 | | 0.00 | FA |
| 8   Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 9   Ingersoll Retirement Pension w/Former Employer | Unknown | Unknown | | 0.00 | FA |
| 10  401K with Former Employer | 1.00 | 0.00 | | 0.00 | FA |
| 11  1977 Ford Pickup | 300.00 | 0.00 | | 0.00 | FA |
| 12  1997 Ford Expedition | 2,512.00 | 0.00 | | 0.00 | FA |
| 13  2000 Harley Davidson Electraglide | 5,975.00 | 3,937.00 | | 3,937.00 | FA |
| 14  1977 Harley Davidson Chopper | 6,810.00 | 5,063.00 | | 5,063.00 | FA |
| 15  Stove, cash register, mirrors, etc | 300.00 | 0.00 | | 0.00 | FA |
| 16  Family Pets/Dog | 0.00 | 0.00 | | 0.00 | FA |
| 16  Assets  **Totals** (Excluding unknown values) | **$86,748.00** | **$9,000.00** | | **$9,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014      **Current Projected Date Of Final Report (TFR):**    October 28, 2014  (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 14-81076-LMT  
**Case Name:** PERRY, JESSE BRYAN, SR.  

**Taxpayer ID #:** **-***5643  
**Period Ending:** 01/19/15  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/08/14 | | Jesse Perry | Compromise on Motorcycles | | 9,000.00 | | 9,000.00 |
| | {13} | | Pymt on Compromise   3,937.00 | 1129-000 | | | 9,000.00 |
| | {14} | | Pymt on Compromise   5,063.00 | 1129-000 | | | 9,000.00 |
| 07/14/14 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/14/2014 FOR CASE #14-81076, 016018067 Voided on 07/14/14 | 2300-003 | | 0.64 | 8,999.36 |
| 07/14/14 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/14/2014 FOR CASE #14-81076, 016018067 Voided: check issued on 07/14/14 | 2300-003 | | -0.64 | 9,000.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,990.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.49 | 8,977.51 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.77 | 8,963.74 |
| 12/04/14 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $1,650.00, Trustee Compensation; Reference: | 2100-000 | | 1,650.00 | 7,313.74 |
| 12/04/14 | 103 | Discover Bank | Distribution paid 98.69% on $1,938.43; Claim# 1; Filed: $1,938.43; Reference: 1741 | 7100-000 | | 1,913.07 | 5,400.67 |
| 12/04/14 | 104 | Rockford Health Physicians | Distribution paid 98.69% on $251.00; Claim# 2; Filed: $251.00; Reference: 216815 | 7100-000 | | 247.72 | 5,152.95 |
| 12/04/14 | 105 | American InfoSource LP agent fot | Distribution paid 98.69% on $501.36; Claim# 3; Filed: $501.36; Reference: 0242 | 7100-000 | | 494.80 | 4,658.15 |
| 12/04/14 | 106 | Cerastes LLC | Distribution paid 98.69% on $3,375.48; Claim# 4; Filed: $3,375.48; Reference: 9763 | 7100-000 | | 3,331.31 | 1,326.84 |
| 12/04/14 | 107 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,326.84 | 0.00 |
| | | | Dividend paid 100.00%   1,305.00 on $1,305.00;  Claim# ATTY; Filed: $1,305.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%   21.84 on $21.84;  Claim# EXP; Filed: $21.84 | 3120-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,000.00 | 9,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,000.00 | 9,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,000.00** | **$9,000.00** | |

{} Asset reference(s)

Case 14-81076    Doc 33    Filed 02/12/15    Entered 02/12/15 12:05:50    Desc Main
Document    Page 7 of 7

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-81076-LMT | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** PERRY, JESSE BRYAN, SR. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ********66 - Checking Account |
| **Taxpayer ID #:** **-***5643 | **Blanket Bond:** $472,000.00 (per case limit) |
| **Period Ending:** 01/19/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 9,000.00 | | | | | |
| | | Net Estate : $9,000.00 | | | | | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ********66** | | 9,000.00 | 9,000.00 | 0.00 |
| | | $9,000.00 | $9,000.00 | $0.00 |

{} Asset reference(s)

Printed: 01/19/2015 11:52 AM    V.13.21